UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>SALVATORE DIMARIA et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-02142-SB-E<br><br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

　　　Plaintiff filed its complaint on March 15, 2024.  Dkt. No. 1.  On April 18, 2024, Plaintiff filed proofs of service indicating that the various Defendants were served between March 25 and April 8.  Dkt. Nos. 15–18.  Defendants failed to timely respond, and Plaintiff has not sought entry of default against any Defendant.  Plaintiff is ordered to show cause, in writing, no later than May 8, 2024, why its claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before May 8, 2024, of applications for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such applications shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: May 1, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge