UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SALVATORE DIMARIA et al.,<br><br>    Defendants. | Case No. 2:24-cv-02142-SB-E<br><br>ORDER OF DISMISSAL |

    On May 15, 2024, Plaintiff filed a supplemental report stating that it has settled the matter with all Defendants and consenting to the dismissal of this action without prejudice subject to reopening if the settlements are not completed.  Dkt. No. 22.  This action is therefore dismissed in its entirety without prejudice.  For 60 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 61st day, absent a timely motion to vacate and reopen.  If the case is reopened, the parties should be prepared for an expedited trial schedule.

    The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 60 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: May 16, 2024

                                                                            Stanley Blumenfeld, Jr.
                                                              United States District Judge